UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

ROSE PHYSICAL THERAPY
(Richard Hemphill),

       Plaintiff,                        Civil Action No.

vs.                                         Removed from 3rd Circuit Court
                                                 Case No. 16-010622-NF

ALLSTATE INSURANCE COMPANY,

       Defendant.
_____/

**INDEX OF EXHIBITS TO NOTICE OF REMOVAL**

| Exhibit | Description |
|---|---|
| A | Summons and Complaint |
| B | Proof of Service |
| C | Answer to Complaint, Affirmative Defenses and Reliance Upon Jury Demand |
| D | Rose Physical Therapy "Bill" Submitted 3/15/17 |
| E | Allstate's Motion to Compel |
| F | Allstate's Motion to Dismiss |
| G | Rose Physical Therapy, Inc. Filings with State of Michigan |

                                               Respectfully submitted,
                                               MOBLO, FLEMING & WATT, P.C.


                                               */s/ Prerana R. Bacon*
                                               _____
                                               Prerana R. Bacon (P69680)
                                               39555 Orchard Hill Place
                                               Suite 310
                                               Novi, MI 48375
                                               734.542.8400
                                               pbacon@moblofleming.com

1

*Attorney for Defendant*

Dated: March 16, 2017
W:\6592\PLEADINGS\EX NTC OF REMOVAL\INDEX OF EXHIBITS.wpd