# EXHIBIT "D"

**ROSE PHYSICAL THERAPY**
**42630 VAN DYKE AVE**
**STERLING HEIGHTS, MI 48314**
**PHONE: (619)647-1603**
**FAX: (586)-314-0281**
Rosephysicaltherapy1@gmail.com

**NAME:  RICHARD HEMPHILL**

**DOB: 12/19/1990**

**INSURANCE: ALL STATE**

**CLAIM#: ACP150229401**

**AMOUNT: $ 66,860**

**FROM:  10/20/2015   TILL   07/29/2016**