UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

ROSE PHYSICAL THERAPY
(Richard Hemphill),

       Plaintiff,              HONORABLE AVERN COHN

                                     Case No. 2:17-cv-10838

vs.

ALLSTATE INSURANCE COMPANY,

       Defendant.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED and agreed to by the parties, ROSE PHYSICAL THERAPY and ALLSTATE INSURANCE COMPANY, that any and all claims made by Rose Physical Therapy (Richard Hemphill) against Allstate Insurance Company, as presented in Case No. 2:17-cv-10838, are hereby dismissed without prejudice and without costs or attorneys' fees.

*/S/ James W. Low, with permission 6/9/17*        */S/ Prerana R. Bacon*
_____        _____
JAMES W. LOW (P63110)                PRERANA R. BACON (P69680)
Attorney for Plaintiff                        Attorney for Defendant

Dated: June 8, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

ROSE PHYSICAL THERAPY
(Richard Hemphill),

    Plaintiff,

                              HONORABLE AVERN COHN

                               Case No. 2:17-cv-10838

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

**ORDER FOR VOLUNTARY DISMISSAL**

    This matter having come before the Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises;

    IT IS ORDERED that any and all claims made by Plaintiff Rose Physical Therapy against Allstate Insurance Company, as presented in Case No. 2:17-cv-10838, are hereby dismissed without prejudice and without costs or attorneys' fees.

    This is a final order and closes the case.

                               S/Avern Cohn
                               AVERN COHN
                               United States District Court Judge

Dated:  June 12, 2017
C:\Users\verlinde\AppData\Local\Temp\notesD14A23\Proposed_Order_20170609_11_52_30_213.wpd